IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| DAVID TYRONE EASTLAND, #115661, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-222-F |
| ) | (WO) |
| DR. SIDDIQ, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on June 21, 2005 (Doc. #17), said Recommendation is hereby adopted and it is the ORDER, JUDGMENT and DECREE that:

1. The motions for summary judgment filed by the defendants are GRANTED.

2. This case is DISMISSED with prejudice.

3. The costs of this proceeding are taxed against the plaintiff

DONE this 29th day of July, 2005.

                                                      /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE